IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 1:07CR265 |
| | ) |
| **Ingrid Dina Levy** | ) |
| | ) |

PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 15th day of January, 2008, then and there to testify on behalf of the United States:

20 sets (40 blanks)

This 27th day of December, 2007

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: _____
Jay V. Prabhu
Assistant United States Attorney

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
v.

Ingrid Dina Levy

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:07CR265

TO:

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>401 Courthouse Square<br>Alexandria, Virginia 22314 | Judge Cacheris<br>10th Floor |
| | DATE AND TIME<br>January 15, 2008<br>10:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| FERNANDO GALINDO, CLERK OF THE COURT | December 27, 2007 |
| (By) Deputy Clerk  *[signature]* | |

ATTORNEY'S NAME, ADDRESS and PHONE NUMBER:
Jay V. Prabhu, U.S. Attorney's Office
2100 Jamieson Avenue, Alexandria, Virginia 22314 (703) 299-3700