```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division


UNITED STATES OF AMERICA      )
                              )
                              )
           v.                 )     1:07cr265 (JCC)
                              )
INGRID DINA LEVY,             )
                              )
      Defendant.              )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion and in Open Court, it is hereby ORDERED that:

    (1) Defendant's Motion to Dismiss Counts I-VII of the Indictment is DENIED;

    (2) Defendant's Motion for a Bill of Particulars is DENIED:

    (3) Defendant's Motion in Limine is DENIED;

    (4) Defendant's Motion to Retain Documentation is GRANTED and the Government is ORDERED to bring a copy of the handwritten notes to Trial;

    (5) Defendant's Motion to Compel Discovery is GRANTED to allow Defendant to make additional motions and DENIED as moot as to compelling the Government to provide Brady material;

    (6) Parties are directed to notice any further pretrial motions for Monday, February 11, 2008 at 2:00 PM;

      (7) Parties are ORDERED to enter their proposed Voir Dire questions and jury instructions to the Court by Friday, February 15, 2008;

      (8) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

February 8, 2008                                                 /s/
Alexandria, Virginia                                 James C. Cacheris
                                                     UNITED STATES DISTRICT COURT JUDGE