IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 1:07CR265 |
| v. | ) | |
| | ) | Hon. James C. Cacheris |
| INGRID DINA LEVY, | ) | |
| | ) | Motions Hearing: February 11, 2008 |
| Defendant. | ) | |

### GOVERNMENT'S MOTION TO USE ELECTRONIC COURTROOM PRESENTATION EQUIPMENT

COMES NOW the United States and hereby moves this Honorable Court to allow the parties to make use of computer equipment, document camera, audio devices, and/or TV/DVD combination equipment in the courtroom to publish admitted exhibits, as permitted by the Court at the upcoming trial.

    Respectfully Submitted,
    Chuck Rosenberg
    United States Attorney

By:     /s/
    Jay V. Prabhu
    Attorneys for United States
    U.S. Attorney's Office
    Justin W. Williams U.S. Attorney's Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: 703-299-3700
    FAX: 703-299-3982
    Email Address: jay.prabhu@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on the 10th day of February, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Steven D. Brown
Sarah E. Moffett
LeCLAIR RYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 783-7516
Fax: (804) 783-7616

Steven.Brown@leclairryan.com
Sarah.Moffett@leclairryan.com

*Counsel for Ingrid Dina Levy*

                                    /s/
                                Jay V. Prabhu
                                Attorney for United States
                                U.S. Attorney's Office
                                Justin W. Williams U.S. Attorney's Building
                                2100 Jamieson Avenue
                                Alexandria, Virginia 22314
                                Phone: 703-299-3700
                                FAX: 703-299-3981
                                Email Address: jay.prabhu@usdoj.gov