IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:07CR265 |
| | ) | |
| v. | ) | Trial Date: February 20, 2008 |
| | ) | |
| INGRID DINA LEVY, | ) | Hon. James C. Cacheris |
| Defendant | ) | |

GOVERNMENT'S TRIAL WITNESS LIST

1.   Stacy Armstrong
2.   Judson Burdon
3.   Don Colcolough
4.   Ashley Frye
5.   Milan Patel
6.   Gregory Ryman
7.   Annamaria Siegler
8.   Claire Stancarone

Respectfully submitted,

CHUCK ROSENBERG
United States Attorney

By:    _____/s/_____
       Jay V. Prabhu
       Attorney for United States
       U.S. Attorney's Office
       Justin W. Williams U.S. Attorney's Building
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       703-299-3842
       Fax: 703-299-3981
       jay.prabhu@usdoj.gov

CERTIFICATE OF SERVICE

        I hereby certify that on the 15th day of February, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Steven D. Brown
Sarah E. Moffett
LeCLAIR RYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 783-7516
Fax: (804) 783-7616

Steven.Brown@leclairryan.com
Sarah.Moffett@leclairryan.com

*Counsel for Ingrid Dina Levy*


        /s/
        Jay V. Prabhu
        Attorney for United States
        U.S. Attorney's Office
        Justin W. Williams U.S. Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: 703-299-3700
        FAX: 703-299-3981
        Email Address: jay.prabhu@usdoj.gov