## Defendant's



### Witness List

① Ingrid Levy

② Joe Levy - 2/25/08

③ SA Gregory Ryman - ① 2/21/08

### Ex List

① E-mail transmission • Armstrong
from "donotreply@fedex.com
~~to Fedex.com~~
to Stacy Armstrong
dated Dec 9, 2005

② E-mail transmission • Armstrong
from StupChic to
Stacy Armstrong
dated Jan 17, 2006

• Marked
✓ Admitted