# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:07cr 265 |
| | ) | |
| v. | ) | Sentencing Date: May 29, 2008 |
| | ) | |
| INGRID DINA LEVY | ) | Hon. James C. Cacheris |

## Second Motion to Adjourn Sentencing Hearing

Insofar as defendant has not received a final pre-sentence report "at least ten days prior to the date set for sentencing," as required by Title 18, United States Code, Section 3552(d), defendant respectfully moves this Court to adjourn the sentencing hearing in this matter from the scheduled date of May 29, 2008, to a date convenient to the Court and the Government, and that will allow the U.S. Probation Department ample time to complete its final report, and permit defendant the statutorily-prescribed time of ten days to prepare for sentence after receiving the final pre-sentence report.

Defendant and her counsel appreciate the diligent efforts of the U.S. Probation Department and do not fault the Probation Department, which has been courteous and thorough throughout this process. However, given the fact that defendant did raise certain substantive objections to the draft pre-sentence report, and that those objections have not yet been resolved in the form of a final report, defendant is constrained to request that she be granted the time assured her by statute to prepare properly for the sentencing in this matter. Therefore, pursuant to Title 18, U.S.C., Section 3552(d), defendant requests an adjournment to prepare for sentencing following the receipt of a completed pre-sentence report.

1

Additionally, as before, defendant further moves to hold the sentencing hearing on a day other than a Friday in order to allow the attendance and possible participation of several individuals who observe the Jewish Sabbath, which commences at sundown on Fridays.

Respectfully Submitted,

Date:  May 22, 2008     By: /s/_____

Sarah E. Moffett (VSB No. 72208)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone:     (703) 647-5930
Facsimile:     (703) 647-5980
Sarah.Moffett@leclairryan.com
***Counsel for Defendant Ingrid Dina Levy***

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2008, I will electronically file the foregoing Second Motion to Adjourn Sentencing Hearing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jay V. Prabhu
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3981
Jay.Prabhu2@usdoj.gov
***Counsel for United States of America***

Steven D. Brown
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 783-7516
Facsimile: (804) 783-7616
Email: Steven.Brown@leclairryan.com
***Counsel for Defendant Ingrid Dina Levy***

AND a true and correct copy was sent via First Class Mail to the following:

Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, New York 10017
***Counsel for Defendant Ingrid Dina Levy***

/s/
Sarah E. Moffett (VSB No. 72208)
LECLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 647-5930
Facsimile: (703) 647-5980