# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Hon. James C. Cacheris |
| | ) | |
| . | ) | Criminal No. 1:07 CR 265 |
| | ) | |
| INGRID DINA LEVY, | ) | Sentencing: June 12, 2008 |
| | ) | |
| Defendant. | ) | |

## MOTION TO SET ASIDE THE VERDICT

Defendant, Ingrid Dina Levy ("defendant"), by counsel, respectfully requests this Court to set aside the conviction on the grounds that the Government was permitted to present evidence, over defendant's objection and in violation of the Sixth Amendment to the U.S. Constitution, concerning losses suffered by individuals who did not testify at the trial and e-mail correspondence from these individuals in which they claimed they were defrauded by Ms. Levy. In support of this Motion, defendant submits the attached memorandum.

**WHEREFORE**, defendant respectfully requests this Court to set aside the conviction.

Respectfully submitted,

Dated: June 9, 2008    By: /s/ Sarah E. Moffett

Sarah E. Moffett (VSB No. 72208)
LeCLAIRRYAN, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
Telephone:   (703) 647-5930
Facsimile:   (703) 647-5980
Sarah.Moffett@leclairryan.com
***Counsel for Defendant Ingrid Levy***

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will then send a notification of the filing to the following:

Jay V. Prabu
Attorney for the United States of America
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703.299.3700
Facsimile: 703.299.3981
E-mail: jay.prabhu@usdoj.gov
*Counsel for United States of America*

Steven D. Brown (VSB #42511)
LeCLAIR RYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: (804) 783-7516
Facsimile: (804) 783-7616
Email: Steven.Brown@leclairryan.com
*Counsel for Defendant Ingrid Dina Levy*

And via U.S. Mail to the following:

Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, New York 10017
*Counsel for Defendant Ingrid Dina Levy*

        By: _/s/ Sarah E. Moffett
        Sarah E. Moffett (VSB No. 72208)
        LeCLAIRRYAN, A Professional Corporation
        225 Reinekers Lane, Suite 700
        Alexandria, Virginia  22314
        Telephone: (703) 647-5930
        Facsimile: (703) 647-5980
        Sarah.Moffett@leclairryan.com
        *Counsel for Defendant Ingrid Levy*