IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,            )
                                     )
        v.                           )        Case No. 1:07CR265
                                     )
INGRID DINA LEVY,                    )
                                     )
        Defendant                    )

**GOVERNMENT'S OPPOSITION TO INGRID LEVY'S MOTION
TO POSTPONE SELF-SURRENDER DATE**

COMES NOW, the United States of America, through its attorneys, Chuck Rosenberg, United States Attorney; Jay V. Prabhu, Assistant United States Attorney; and Thomas S. Dougherty and Tyler G. Newby, Trial Attorneys, United States Department of Justice, Computer Crime and Intellectual Property Section, and opposes the Defendant Ingrid Dina Levy's "Motion to Postpone Self-Surrender Date."

The Defendant's motion should be denied. Currently, there is no surrender date for the Defendant pending. Therefore, the issue is not ripe and the instant motion is premature.

According to the Defendant's supervising U.S. Pre-Trial Services Officer, Robert Long, the U.S. Bureau of Prisons cannot at present designate a detention facility or a surrender date for the Defendant since she still not been processed by the U.S. Marshal's Service.

Officer Long advised that the Defendant is scheduled to be processed by the U.S. Marshal's Service in the Eastern District of New York on Thursday, July 24, 2008.

In light of the foregoing, the United States respectfully requests that the Defendant's

Motion be denied as being premature.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: _____/s/_____

Jay V. Prabhu
Attorney for United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314-5794
703-299-3700
703-299-3981 (fax)
jay.prabhu@usdoj.gov

Thomas S. Dougherty
Tyler G. Newby
Trial Attorneys
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2008, I will electronically file

the foregoing with the Clerk of Court using the CM/ECF, which will then send a

notification of such filing (NEF) to the following:


Aimee Simpson, Esq.
Virginia Bar Number 72790
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C. 20004
Phone:  (202) 628-4199
Fax:  (202) 628-4177
asimpson@schertlerlaw.com

*Counsel for Ingrid Levy*

          /s/
          Jay V. Prabhu
          Attorney for United States
          U.S. Attorney's Office
          Justin W. Williams U.S. Attorney's Building
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Phone: 703-299-3700
          Fax: 703-299-3981
          E-mail Address: jay.prabhu@usdoj.gov