Prob 12A
(Mod. For E.VA 10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



U.S.A. vs. Ingrid Dina Levy          Docket No. 1:07CR00265-001

### Petition on Supervised Release

COMES NOW Duane A. Gilliam, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude Ingrid Dina Levy, who was placed on supervision by the Honorable James C. Cacheris sitting in the Court at Alexandria, Virginia, on the 12th day of June, 2008, who fixed the period of supervision at 3 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 3rd day of May, 2012 and ordered filed and made a part of the records in the above case.

/s/
James C. Cacheris
Liam O'Grady
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/26/12

Duane A. Gilliam
U.S. Probation Officer

Place Manassas, Virginia

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: LEVY, Ingrid Dina

OFFENSE: Mail Fraud (3 cts) and Wire Fraud (4 cts)

SENTENCE: 46 months in the Bureau of Prisons for each count to run concurrently, to be followed by 3 years supervised release. SPECIAL CONDITIONS: 1) The defendant is ordered to pay restitution in the amount of $168,300.07, to the victims of the instant scheme. Said amount is due and payable immediately. However, in the event an unpaid balance remains at the time of the defendant's release from custody, it is recommended that the restitution be paid at the rate of $200 per month to commence within 60 days of release from imprisonment, until paid in full; 2) The defendant shall provide the probation officer access to any requested financial information; 3) As directed by the probation officer, the defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gain to the outstanding court ordered financial obligations; 4) The defendant is prohibited from engaging in any aspect of the banking business, or any similar occupation where the defendant would have access to money; 5) The defendant shall inform future employers of conviction; and 6) The defendant shall pay a $700 special assessment fee. On October 23, 2009, Your Honor amended the defendant's sentence to 12 months and 1 day in the Bureau of Prisons on each count to be served concurrently followed by the same term of supervised with an additional special condition of 12 months Home Confinement with Electronic Monitoring and timeouts for work and/or medical appointments for herself and/or her children at the direction of the probation officer, and pay the costs.

ADJUSTMENT TO SUPERVISION: Mrs. Levy's supervised release commenced in the Eastern District of New York on October 26, 2009. She is currently being supervised by Senior U.S. Probation Officer Eric Harmon. Officer Harmon reported that Mrs. Levy was compliant with supervision until she was arrested for a new law violation on March 26, 2012. The defendant had completed her period of home confinement and she was making regular payments toward restitution. The clerk's office records indicate that her last payment was received on March 12, 2012, in the amount of $200. The defendant's outstanding balance is $162,850.07. Officer Harmon reported that the defendant resided with her husband and 3 children until she reported on April 9, 2012, that she returned to France, as deportation was inevitable. U.S. Probation Officer Erin Lopriore reported that the Bureau of Immigration and Customs Enforcement confirmed that Mrs. Levy boarded a plane for France on April 4, 2012.

Petition on Supervised Release
Page 3
RE: LEVY, Ingrid Dina

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:**      **COMMISSION OF A CRIME - Aggravated Harassment in the Second Degree and Harassment in the Second Degree.**

On March 26, 2012, Mrs. Levy was arrested for Aggravated Harassment in the Second Degree and Harassment in the Second Degree in New York City, New York. This matter is scheduled to be heard in the New York City Criminal Courts on May 18, 2012.

Officer Harmon reported that Mrs. Levy allegedly sent several text messages and emails to the victim and followed the victim. Reportedly, the defendant was in a relationship with a married individual that ended and she continued to attempt to speak with him.

**CONDITION 1:**      **LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION.**

On April 4, 2012, Mrs. Levy left the Eastern District of New York without the permission of the United States Probation Office or the Court and returned to her native country France.

DAG/tdr